## JACKSON, ex dem. ROGERS, vs. LEGGETT.

Where there are several causes in the name of the same party against several defendants, in which the question is the same, and the evidence the same, and one is tried and the plaintiff nonsuited, who presents a bill of exceptions, and refuses to try the other causes, the defendants in the other causes are entitled to judgment as in case of nonsuit, unless the plaintiff pays the costs of the circuit, and stipulates that the causes remaining untried shall abide the event of the cause tried.

MOTION for judgment as in case of nonsuit. This cause and another on the demise of the same lessor were noticed for trial at the last Saratoga circuit, and not tried; the plaintiff having before stipulated, the defendants now asked for judgment as in case of nonsuit. In resistance of the motion, it was shewn that a third cause depending on the same facts and principles of law had been tried, the plaintiff nonsuited, and a bill of exceptions tendered; and that the defendants in the other causes were told that the same would not be tried, and informed of the intention of the plaintiffs to apply to set aside the nonsuit, and it was insisted that until the determination of the question raised by the bill of exceptions, the plaintiff was not bound to proceed in these causes. In answer to which it was said, that to enable the plaintiff to avail himself of such objection, he should have paid the costs of the circuit, and stipulated that the causes remaining untried should abide the event of the cause tried.

*J. Mandeville,* for defendant.

*J. L. Viele,* for plaintiff.

August 5th.

*By the Court*, MARCY, J. The defendant is entitled to the effect of his motion, unless the plaintiff pays the costs of the same and of the circuit, and stipulates that this cause shall abide the event of the cause tried. Such was the order made in *Brant, ex. dem. Buckbee, & wife, v. Fowler*, 2 *Wendell*, 284. From some expressions in the opinion as stated in the report of that case, it would seem that it was intimated that the plaintiff therein was entitled to stipulate to try his cause at the next circuit, but such was not the disposition made of the motion.